■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN SANTIAGO, Appellant. [30 NYS3d 544]—Judgment, Supreme Court, Bronx County (John W. Carter, J.), rendered October 24, 2014, convicting defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree, and sentencing him to a term of five years, with 15 years' postrelease supervision, unanimously affirmed.

The sentencing court had no discretion to waive or defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730, 732 [2016]).

Defendant did not make a valid waiver of his right to appeal, because the court stated that the waiver was in exchange for receiving the "minimum sentence," when in fact, the term of postrelease supervision was greater than the minimum. However, we perceive no basis for reducing the term. Concur— Mazzarelli, J.P., Moskowitz, Manzanet-Daniels and Gesmer, JJ.